

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC B. DARNELL, | § | |
| | | No. 08-16-00282-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 384th District Court |
| CARMEN BROBERG and MICHAEL J. ZIMPRICH, | § | |
| | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2015DCV1502) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellees recover from Appellant all costs in this Court.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.